1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Jesus Sosa
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 JESUS SOSA,                        )  No.  1:10-CV-01582-OWW-SKO
                                      )
12          Plaintiff,                )  **STIPULATION FOR DISMISSAL OF**
                                      )  **ACTION; ORDER**
13     vs.                            )
                                      )
14 CKE RESTAURANTS, INC., et al.,     )
                                      )
15          Defendants.               )
                                      )
16                                    )
                                      )
17 _____  )

18         IT IS HEREBY STIPULATED by and the parties who have appeared in this action, by

19 and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-

20 captioned action be and hereby is dismissed with prejudice in its entirety.

21

22 Date: December 21, 2010              MOORE LAW FIRM, P.C.

23

24

25                                     /s/Tanya Moore_____
                                       Tanya Moore
26                                     Attorney for Plaintiff

27

28

   *Sosa v. CKE Restaurants, et al.*
   Stipulation for Dismissal
                              Page 1

1 Date: December 21, 2010                                    CALL & JENSEN

2

3
                                                            /s/ Matthew S. Orr
4                                                           Matthew S. Orr, Attorneys for
                                                            Defendants CKE Restaurants, Inc.
5

6                                        **ORDER**

7

8          The parties having so stipulated,

9          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10

11

12 IT IS SO ORDERED.

13      Dated:   **December 21, 2010**                  **/s/ Oliver W. Wanger**
14                                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Sosa v. CKE Restaurants, et al.*
Stipulation for Dismissal
                                    Page 2